IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:19cr28LG-JCG

JAVIER TELLEZ-LOPEZ, et al.

## ORDER GRANTING MOTION TO DISMISS
## ORIGINAL INDICTMENT

On Motion of the United States Attorney pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss without prejudice the original and superseding Indictment in Criminal No. 1:19cr28LG-JCG against Defendant, ALFONSO TELLEZ-LOPEZ, the Defendant having pleaded guilty and having been sentenced to the Bill of Information in Criminal No. 1:19cr86LG-RHW, the Court finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the original and superseding Indictment in Criminal No. 1:19cr28LG-JCG against defendant, ALFONSO TELLEZ-LOPEZ, is hereby dismissed without prejudice. The Clerk is directed to provide a copy of this order to the U.S. Marshals Service, U.S. Attorney's Office and U.S. Probation.

This the 23rd day of July, 2019.

UNITED STATES DISTRICT JUDGE